UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KIM ROUNDTREE,

    Plaintiff,

v.                          Case No: 2:18-cv-289-FtM-29CM

TGM MALIBU LAKES, LLC, TGM
ASSOCIATES, L.P., and TGM
CAR HOLDINGS I, LLC,

    Defendants.

### ORDER

This matter comes before the Court on defendants' Motion to Dismiss (Doc. #12) filed on June 4, 2018. In light of the filing of plaintiff's Amended Complaint (Doc. #13), defendants' Motion to Dismiss (Doc. #12) is denied as moot.

Accordingly, it is hereby

**ORDERED:**

Defendants' Motion to Dismiss (Doc. #12) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this 3rd day of August, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record